No. 92–1158. PHELAN ET AL. *v.* LOCAL 305 OF THE UNITED ASSOCIATION OF JOURNEYMEN & APPRENTICES OF THE UNITED

STATES AND CANADA ET AL. C. A. 2d Cir. Certiorari denied.